IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Battie, Latasha R

Printed: 5/27/08

Case Number: 06 B 12568
Judge: Goldgar, A. Benjamin
Filed: 10/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 15, 2008
Confirmed: December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,162.00 |  |
| Secured: |  | 6,463.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 332.83 |
| Trustee Fee: |  | 365.97 |
| Other Funds: |  | 0.00 |
| Totals: | 7,162.00 | 7,162.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 474.00 | 0.00 |
| 2. | Robert J Adams & Associates | Administrative | 2,774.00 | 332.83 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | Westgate Resorts Ltd | Secured | 0.00 | 0.00 |
| 6. | Capital One Auto Finance | Secured | 32,425.24 | 5,800.51 |
| 7. | Cook County Treasurer | Secured | 2,700.00 | 272.88 |
| 8. | American General Finance | Secured | 1,646.68 | 389.81 |
| 9. | Chase Home Finance | Secured | 1,493.32 | 0.00 |
| 10. | Specialized Loan Servicing LLC | Secured | 157.22 | 0.00 |
| 11. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 13. | Cook County Treasurer | Unsecured | 48.01 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 233.97 | 0.00 |
| 15. | B-Line LLC | Unsecured | 149.00 | 0.00 |
| 16. | Universal Mortgage Corp | Secured |  | No Claim Filed |
| 17. | Chase Home Finance | Secured |  | No Claim Filed |
| 18. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 19. | Certified Recovery | Unsecured |  | No Claim Filed |
| 20. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 21. | AT&T Credi Corp. | Unsecured |  | No Claim Filed |
| 22. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 23. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,101.44 | $ 6,796.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Battie, Latasha R | Case Number:  06 B 12568 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/27/08 | Filed:  10/3/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 166.17 |
| 5.4% | 199.80 |
| | _____ |
| | $ 365.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

